SLD:SCJ
F#2006R00941
NY-NYE 0505

FILED

JAN 29 2007

**CR 07 64**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

DAVID REYES and
JOHN BERMUDEZ,

           Defendants.

- - - - - - - - - - - - - - - -X

**POHORELSKY, M.J.**

I N D I C T M E N T

Cr. No._____
(T. 21, U.S.C., §§ 846 and
841(b)(1)(A)(ii)(II);
T. 18, U.S.C., §§ 3551 et
seq.)

THE GRAND JURY CHARGES:

       In or about and between April 2006 and January 2007, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants DAVID REYES and JOHN BERMUDEZ, together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a controlled substance, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled

substance, in violation of Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846 and 841(b)(1)(A)(ii)(II); Title 18, United States Code, Sections 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

FORM DBD-34
JUN. 85

No. _____   Action: _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL *Division*

THE UNITED STATES OF AMERICA

vs.

*DAVID REYES* and *JOHN BERMUDEZ*,

Defendants.

## INDICTMENT

(T. 21, U.S.C., §§ 846 and 841(b)(1)(A)(ii)(II);
T. 18, U.S.C., §§ 3551 et seq.)

*A true bill.*

_____
*Foreman*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 19* _____

_____
*Clerk*

*Bail, $* _____

*SHANNON C. JONES, Assistant U.S. Attorney (718) 254-6379*